JIMÉNEZ, RECURRENTE, *v.* EL REGISTRADOR DE CAGUAS,
RECURRIDO.

RECURSO gubernativo contra nota del Registrador de la Propiedad de Caguas inscribiendo con defecto subsanable una escritura de agrupación de fincas y arrendamiento.

No. 290.—Resuelto en noviembre 28, 1916.

AGRUPACIÓN DE FINCAS—LINDEROS—PUNTOS CARDINALES—DEFECTO SUBSANABLE.— Los preceptos de los artículos 9 de la Ley Hipotecaria y 63 del Reglamento para su ejecución, son generales, y para que queden cumplidos es necesario que los linderos del inmueble se determinen totalmente con relación a cada uno de los cuatro puntos cardinales, y no de un modo parcial. Así, en una agrupación de fincas, es un defecto subsanable el expresarse solamente los nombres de algunos y no de todos los dueños colindantes por uno de sus puntos.

Los hechos están expresados en la opinión.

Abogado del recurrente: *Sr. Andrés Mena.*

El registrador recurrido, Sr. Emigdio S. Ginorio, compareció en nombre propio.

EL JUEZ PRESIDENTE SR. HERNÁNDEZ, emitió la opinión del tribunal.

Por escritura pública No. 82 otorgada en la ciudad de Caguas a 8 de mayo de 1915, los consortes Lorenzo Jiménez Soto y Natalia Solá Caballero agruparon cuatro fincas de su propiedad radicadas en el barrio de "Borinquen" de dicha ciudad, formando una de cincuenta y cinco cuerdas, cincuenta céntimos, con casa de maderas, terrera, techada con tejas de barro y zinc, lindando la nueva finca por el norte con Antonio Torres, Candelario Roldán y otros, por el sur con

Tomás Flores, por el este con la sucesión de Manuel de Jesús Flores, y por el oeste con la quebrada "Lagitas" e Ildefonso Solá y Caballero.    Por la misma escritura los expresados consortes arrendaron la finca descrita a Jacinto Muñoz Rivera por término de dos años, conviniendo en que el contrato de arrendamiento fuera inscrito en el registro de la propiedad.

Presentada al Registro de la Propiedad de Caguas una copia del anterior documento para su inscripción, el registrador, por nota de julio 12, 1916, verificó la inscripción solicitada en cuanto a la agrupación de fincas con el defecto subsanable de no expresarse el nombre de "los otros dueños colindantes de la finca por el lado norte."

Esa nota ha sido recurrida por Lorenzo Jiménez Soto en cuanto al defecto subsanable apuntado.

Opinamos que el registrador ha procedido con razón derecha, ajustándose a los preceptos de la Ley Hipotecaria y de su Reglamento.

El artículo 9 de la Ley Hipotecaria previene que en toda inscripción se expresen los linderos de los inmuebles objeto de la inscripción o a los cuales afecte el derecho que deba inscribirse.    Y el artículo 63 del Reglamento para la ejecución de la misma, ordena que los linderos se determinen por los cuatro puntos cardinales.

Tales preceptos son generales, y para que queden cumplidos es necesario que los linderos se determinen totalmente con relación a cada uno de los puntos cardinales.

En el presente caso los linderos de la finca de que se trata por la parte norte no están bien expresados al consignarse que linda con Antonio Torres, Candelario Roldán y otros, pues esos otros cuyos nombres se omiten pueden ser distintas personas, y de ahí que esa colindancia no esté determinada de un modo total sino parcialmente.

Han quedado incumplidos en parte los preceptos ya citados de la Ley Hipotecaria y de su Reglamento, y, por tanto,

existe el defecto subsanable apuntado por el registrador, defecto susceptible de ser subsanado muy fácilmente.

Por las razones expuestas es de confirmarse la nota recurrida.

*Confirmada la nota en la parte recurrida.*

Jueces concurrentes: Sres. Asociados Wolf, del Toro, Aldrey y Hutchison.